1  JEROME SCHREIBSTEIN, Bar No. 154051
   STEVEN K. GANOTIS, Bar No. 234252
2  PAYNE & FEARS LLP
   Attorneys at Law
3  One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
4  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
5
   Attorneys for Defendant
6  EAGLE SYSTEMS INTERNATIONAL, INC., dba
   SYNERGY COMPANIES (erroneously sued herein as
7  Synergy Companies and Eagle Systems International, Inc.)

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   EDWARD I. RUANO,                    CASE NO.
12
              Petitioner,              (Alameda County Superior Court Case No. HG
13                                     07318073)
        v.
14                                     DECLARATION OF JUAN ORNELAS IN
   SYNERGY COMPANIES, EAGLE            SUPPORT OF PETITION FOR REMOVAL
15 SYSTEMS INTERNATIONAL, INC.,        OF CIVIL ACTION UDDER 28 U.S.C.
   DEMAND SIDE ENVIRONMENTAL,          SECTIONS 1332 AND 1441 (B)
16 LLC., JUAN ORNELAS, JUAN ORNELAS,
   and DOES 1 through 20, Inclusive,,
17
              Defendant.
18

19

20      I, Juan Ornelas, declare and state as follows:

21      1.      The below is true and correct of my own personal knowledge, or, to the extent

22 indicated, I am informed and believe and on that basis aver it to be true, and, if called as a witness,

23 I could and would competently testify thereto.

24

25

26

27

28

   DECLARATION OF JUAN ORNELAS IN SUPPORT OF
   PETITION FOR REMOVAL

2. I am a production manager for Synergy Environmental, Inc. ("Synergy"). I have

held this position since 1993. I do not own any interest in Synergy or any related company.

At no time did I ever personally employ Edward Ruano, who is the plaintiff in this action; nor did

I ever into or have any type of employment agreement with Mr. Ruano where he would serve as

an employee of mine.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct and that this declaration was executed on May 21, 2007 in Hayward,

California.

_Juan C Ornelas_
Juan Ornelas

356456.1

DECLARATION OF JUAN ORNELAS IN SUPPORT OF
PETITION AND NOTICE OF REMOVAL

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860