JEROME SCHREIBSTEIN, Bar No. 154051
STEVEN K. GANOTIS, Bar No. 234252
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
EAGLE SYSTEMS INTERNATIONAL, INC., dba
SYNERGY COMPANIES (erroneously sued herein as
Synergy Companies and Eagle Systems International, Inc.)

ORIGINAL
FILED
MAY 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADR

| | |
|---|---|
| EDWARD I. RUANO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SYNERGY COMPANIES, EAGLE SYSTEMS INTERNATIONAL, INC., DEMAND SIDE ENVIRONMENTAL, LLC., SAL VACCARO, JUAN ORNELAS, and DOES 1 through 20, Inclusive,,<br><br>　　　　Defendant. | CASE NO. C07-02679 EMC<br><br>(Alameda County Superior Court Case No. HG 07318073)<br><br>**DECLARATION OF SAL VACCARO IN SUPPORT OF PETITION FOR REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 1441 (B)** |

I, Sal Vaccaro, declare and state as follows:

1.　　The below is true and correct of my own personal knowledge, or, to the extent indicated, I am informed and believe and on that basis aver it to be true, and, if called as a witness, I could and would competently testify thereto.

COPY

---

DECLARATION OF SAL VACCARO IN SUPPORT OF PETITION
FOR REMOVAL

2. I am the President of the Environmental Division of Eagle Systems International, Inc. which does business as Synergy Companies ("Eagle Systems"). I have held this position for approximately 10 years.

3. I have no ownership interest in Eagle Systems or any related or affiliated entity. At no time did I ever personally employ Edward Ruano, who is the plaintiff in this action, nor did I have enter into or have any type of employment agreement with Mr. Ruano where he would serve as an employee of mine.

4. Eagle Systems maintains their administrative and executive offices in Utah. All administrative functions including certain payroll functions, corporate functions, marketing functions, and other business activities are conducted in the State of Utah.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 21, 2007 in San Francisco, California.

*/s/ Sal Vaccaro*
—————————————
Sal Vaccaro

356455.1

# PROOF OF SERVICE

*EDWARD I. RUANO v. SYNERGY COMPANIES, EAGLE SYSTEMS INTERNATIONAL, INC., LLC., SAL VACCARO, JUAN ORNELAS ET AL.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is .

On May 21, 2007, I served the following document(s) described as:

**DECLARATION OF SAL VACCARO IN SUPPORT OF PETITION FOR REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 1441(B)**

on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

B. JAMES FITZPATRICK, ESQ.,      Attorneys For Plaintiff
CHARLES SWANSTON, ESQ.
DANIELLA, ESQ.
FITZPATRICK & SWANSTON
838 South Main Street, Suite E
Salinas, CA  93901
Telephone:  831.755.1311
Facsimile:  831.755.1319

☒ **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

☐ **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2007, at San Francisco, California.

*Bliss Birchett*
BLISS BIRCHETT

PROOF OF SERVICE