```
JEROME SCHREIBSTEIN, Bar No. 154051
STEVEN K. GANOTIS, Bar No. 234252
js@paynefears.com
skg@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
EAGLE SYSTEMS INTERNATIONAL, INC., dba
SYNERGY COMPANIES (erroneously sued herein as
Synergy Companies and Eagle Systems International, Inc.)
```

ORIGINAL FILED

MAY 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

EMC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD I. RUANO,<br><br>      Petitioner,<br><br>v.<br><br>SYNERGY COMPANIES, EAGLE SYSTEMS INTERNATIONAL, INC., DEMAND SIDE ENVIRONMENTAL, LLC., SAL VACCARO, JUAN ORNELAS, and DOES 1 through 20, Inclusive,,<br><br>      Defendant. | CASE NO. C07-02679<br><br>(Alameda County Superior Court Case No. HG 07318073)<br><br>**NOTICE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding: (1) Synergy Enterprises, Inc.

COPY

---

NOTICE OF INTERESTED PARTIES                                                               Case No.

1  DATED: May 21, 2007         PAYNE & FEARS LLP

2

3                              By: _____
                                   JEROME SCHREIBSTEIN
4                                  STEVEN K. GANOTIS

5                              Attorneys for Defendant
                               EAGLE SYSTEMS INTERNATIONAL, INC., dba
6                              SYNERGY COMPANIES (erroneously sued herein as
                               Synergy Companies and Eagle Systems International,
7                              Inc.)

8

9

10  356475.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

2

NOTICE OF INTERESTED PARTIES                                           Case No.

# PROOF OF SERVICE

*EDWARD I. RUANO v. SYNERGY COMPANIES, EAGLE SYSTEMS INTERNATIONAL, INC., LLC., SAL VACCARO, JUAN ORNELAS ET AL.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is .

On May 21, 2007, I served the following document(s) described as:

**NOTICE OF INTERESTED PARTIES**

on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| B. JAMES FITZPATRICK, ESQ., <br> CHARLES SWANSTON, ESQ. <br> DANIELLA, ESQ. <br> FITZPATRICK & SWANSTON <br> 838 South Main Street, Suite E <br> Salinas, CA  93901 <br> Telphone:  831.755.1311 <br> Facsimile:  831.755.1319 | Attorneys For Plaintiff |

[X] **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

[ ] **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

[ ] **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2007, at San Francisco, California.

*/s/ Bliss Birchett*
BLISS BIRCHETT

PROOF OF SERVICE