**EXHIBIT A**

1  PAYNE & FEARS LLP
   Attorneys at Law
2  Jerome Schreibstein, Bar No. 154051
   Steven K. Ganotis, Bar No. 234252
3  One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
4  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863

5  Attorneys for Defendant
6  EAGLE SYSTEMS INTERNATIONAL, INC., dba
   SYNERGY COMPANIES (erroneously sued herein as
7  Synergy Companies and Eagle Systems International, Inc.)

ENDORSED
FILED
ALAMEDA COUNTY

MAY 21 2007

CLERK OF THE SUPERIOR COURT
By Maikal Dogum, Deputy

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              COUNTY OF ALAMEDA – UNLIMITED JURISDICTION

11 | EDWARD I. RUANO,                              | CASE NO. HG07318073
12 |             Plaintiff,                        | NOTICE TO CLERK OF THE
   |                                               | ALAMEDA COUNTY SUPERIOR
13 |      v.                                       | COURT OF REMOVAL OF CIVIL
   |                                               | ACTION TO UNITED STATES
14 | SYNERGY COMPANIES, EAGLE SYSTEMS               | DISTRICT COURT FOR THE
   | INTERNATIONAL, INC., DEMAND SIDE              | NORTHERN DISTRICT OF
15 | ENVIRONMENTAL, LLC., SAL VACCARO,             | CALIFORNIA
   | JUAN ORNELAS, and DOES 1 through 20,
16 | Inclusive,
17 |             Defendant.                        | Date Action Filed: March 29, 2007
                                                   | Trial Date:        None

19   TO THE CLERK OF THE SUPERIOR COURT FOR THE COUNTY OF ALAMEDA:

21   PLEASE TAKE NOTICE that on May 21, 2007, defendant Eagle Systems International, Inc.,
22   doing business as Synergy Companies filed in the United States District Court for the Northern District of
23   California their Petition and Notice of Removal of Civil Action. Copies of the Petition and Notice and
24   related documents are attached as Exhibit "A" for filing with the Alameda County Superior Court.

                              **EXHIBIT A**          

NOTICE TO CLERK OF THE ALAMEDA COUNTY SUPERIOR COURT OF REMOVAL OF CIVIL ACTION
TO UNITEDSTATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

DATED: May 21, 2007

PAYNE & FEARS LLP

By: _____
JEROME SCHREIBSTEIN
STEVEN K. GANOTIS

Attorneys for Defendant
EAGLE SYSTEMS INTERNATIONAL, INC., dba SYNERGY COMPANIES (erroneously sued herein as Synergy Companies and Eagle Systems International, Inc.)

356387.1