**EXHIBIT B**

1 Jerome Schreibstein, Bar No. 154051
2 Steven K. Ganotis, Bar No. 234252
PAYNE & FEARS LLP
Attorneys at Law
3 One Embarcadero Center, Suite 2300
San Francisco, CA 94111
4 Telephone: (415) 398-7860
Facsimile: (415) 398-7863
5
Attorneys for Defendant
6 EAGLE SYSTEMS INTERNATIONAL, INC., dba
SYNERGY COMPANIES (erroneously sued herein as
7 Synergy Companies and Eagle Systems International, Inc.)

8 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 COUNTY OF ALAMEDA – UNLIMITED JURISDICTION

10

11 EDWARD I. RUANO, | CASE NO. HG07318073

12 Plaintiff, | NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 v.

14 SYNERGY COMPANIES, EAGLE SYSTEMS INTERNATIONAL, INC., DEMAND SIDE ENVIRONMENTAL, LLC., SAL VACCARO,
15 JUAN ORNELAS, and DOES 1 through 20,
16 Inclusive, | Date Action Filed: March 29, 2007
Trial Date: None

17 Defendant.

18

19 TO PLAINTIFF EDWARD I. RUANO AND HIS COUNSEL OF RECORD:

20

21 PLEASE TAKE NOTICE that on May 21, 2007, defendant Eagle Systems

22 International, Inc., doing business as Synergy Companies filed in the United States District Court

23 for the Northern District of California its Petition and Notice of Removal of Civil Action. A true

24 and correct copy of the Petition and Notice is attached as Exhibit "A." Also attached are the

25 following exhibits which are required to be served upon you pursuant to the Northern District's

26 Local Rules:

27 COPY

28

NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**EXHIBIT B**

TOTAL P.02

| Exhibit | |
|---|---|
| "B" | Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen; Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement |
| "C" | Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge (form); Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge |
| "D" | U.S. District Court Northern California – ECF Registration Information Handout |
| "E" | Welcome letter from the United States District Court for the Northern District of California, San Francisco Division |

DATED: May 21, 2007

PAYNE & FEARS LLP

By: _____
JEROME SCHREIBSTEIN
STEVEN K. GANOTIS

Attorneys for Defendant
EAGLE SYSTEMS INTERNATIONAL, INC., dba SYNERGY COMPANIES (erroneously sued herein as Synergy Companies and Eagle Systems International, Inc.)

356388.1

-2-
NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA