**EXHIBIT E**

# PROOF OF SERVICE

*EDWARD I. RUANO v. SYNERGY COMPANIES, EAGLE SYSTEMS INTERNATIONAL, INC., LLC., SAL VACCARO, JUAN ORNELAS ET AL.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is .

On May 21, 2007, I served the following document(s) described as:

**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT COURT OF CALIFORNIA**

on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

B. JAMES FITZPATRICK, ESQ.,           Attorneys For Plaintiff
CHARLES SWANSTON, ESQ.
DANIELLA PAYES, ESQ.
FITZPATRICK & SWANSTON
838 South Main Street, Suite E
Salinas, CA  93901
Telephone: 831.755.1311
Facsimile: 831.755.1319

[X] **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

[ ] **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

[ ] **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2007, at San Francisco, California.

*Bliss Burchett*

**EXHIBIT E**

PROOF OF SERVICE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860