☐ ORIGINAL

RECEIVED
FILED
07 JUN -8 AM 11:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  CHARLES M. LOUDERBACH (SBN: 88788)
   STEVEN K. GANOTIS, (SBN: 234252)
2  PAYNE & FEARS LLP
   Attorneys at Law
3  One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
4  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
5
   Attorneys for Defendant
6  EAGLE SYSTEMS INTERNATIONAL, INC., dba
   SYNERGY COMPANIES (erroneously sued herein as
7  Synergy Companies and Eagle Systems International, Inc.)

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN FRANCISCO**

11 | EDWARD I. RUANO,                          | CASE NO. C07-02679 EMC
12 |                   Petitioner,             | SUBSTITUTION OF ATTORNEY &
                                                 [PROPOSED] ORDER
13 |         v.
14 | SYNERGY COMPANIES, EAGLE
     SYSTEMS INTERNATIONAL, INC.,
15 | DEMAND SIDE ENVIRONMENTAL,
     LLC., SAL VACCARO, JUAN ORNELAS,
16 | and DOES 1 through 20, Inclusive,,
17 |                   Defendant.
18
19
20 TO THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR PLAINTIFF HEREIN:

21     Notice is hereby given that Defendant EAGLE SYSTEMS INTERNATIONAL, INC.

22 substitutes the Law Office of Jerome Schreibstein as their attorney of record in place of Payne and

23 Fears, LLP. The address and telephone number of The Law Office of Jerome Schreibstein, to which

24 all further notices, pleadings, orders, and correspondence should be sent, are:

25 Law Office of Jerome Schreibstein
   275 Battery Street, 18th Floor
26 San Francisco, CA 94111
   Telephone: (415) 875-3355
27 Facsimile: (415) 358-9885

28

---

SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER                    Case No. C07-02679 EMC

| | |
|---|---|
| DATED: June 1, 2007 | PAYNE & FEARS, LLP<br><br>By: *[signature]*<br>CHARLES LOUDERBACH<br>Attorneys for Defendant<br>EAGLE SYSTEMS INTERNATIONAL, INC. |

I requested, accept, and consent to substitute The Law Office of Jerome Schreibstein as Defendant Eagle Systems International, Inc.'s counsel of record in this civil action.

| | |
|---|---|
| DATED: May 31, 2007 | LAW OFFICES OF JEROME SCHREIBSTEIN<br><br>By: *[signature]*<br>JEROME SCHREIBSTEIN<br>Attorney for Defendant<br>EAGLE SYSTEMS INTERNATIONAL, INC. |

I consent to and accept this substitution of attorney.

| | |
|---|---|
| DATED: June ___, 2007 | EAGLE SYSTEMS INTERNATIONAL, INC.<br><br>By: *[signature]*<br>Steven Shallenberger |

**ORDER**

The above substitution of attorney read and considered, IT IS SO ORDERED.

DATED: June 15, 2007

*[signature]*

Edward M. Chen
U. S. Magistrate Judge

357654.1