B. JAMES FITZPATRICK, ESQ. (CA State Bar No.129056)
CHARLES SWANSTON, ESQ. (CA State Bar No.181882)
DANIELLA PAYES, ESQ. (CA State Bar No. 224726)
FITZPATRICK & SWANSTON
Attorneys at Law
838 South Main Street, Suite E
Salinas, California 93901
Telephone:  (831) 755-1311
Facsimile:  (831) 755-1319

Attorneys for Plaintiff
EDWARD I. RUANO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

EDWARD I. RUANO,

               Plaintiff,

v.

SYNERGY COMPANIES, EAGLE
SYSTEMS INTERNATIONAL, INC.,
DEMAND SIDE ENVIRONMENTAL,
LLC., SAL VACCARO, JUAN
ORNELAS, and DOES 1 through 20,
Inclusive;

               Defendant(s).

_____

CASE NO.  CV 07-02679 EMC

**CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 20, 2007

               By:_____/s_____
                   DANIELLA PAYES
                   Attorneys for Plaintiff
                   EDWARD I. RUANO

**PROOF OF SERVICE**

I am employed in the County of Monterey, State of California.  I am over the age of 18 and not a party to the within action; my business/home address is 838 S. Main Street, Suite E, Salinas, California.

On June 20, 2007 I served the foregoing document, described as

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the interested parties in this action by placing a true copy thereof enclosed in a parcel at Salinas, California, and addressed as indicated below:

Jerome Schreibstein, Esq.
LAW OFFICE OF JEROME SCHREIBSTEIN
275 Battery Street, 18th Floor
San Francisco, CA 94111
Tel:  (415) 875-3355
Fax:  (415) 358-9885
*Attorneys for Defendant,*
*Eagle Systems International, Inc.*
*dba Synergy Companies*

XX_____    **(By Regular Mail)** I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Salinas, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposition for mailing affidavit.

_____    **(By U.P.S. Overnight Delivery)** I personally delivered the above document(s) to a U.P.S. Station to be delivered overnight to the law office(s) listed above.

XX_____    **(By ECF System Service)** I caused such document(s) to be filed and thereby delivered by email to the office(s) of the addressee(s).

_____    **(By Facsimile)** I sent a true copy thereof via telephone facsimile transmission to the fax numbers listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 20, 2007 at Salinas, California.

_____/s_____
Gladys O. Rodriguez