```
JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
EAGLE SYSTEMS INTERNATIONAL, INC., dba
SYNERGY COMPANIES (erroneously sued herein as
Synergy Companies and Eagle Systems International, Inc.)
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD I. RUANO, <br><br> Petitioner, <br><br> v. <br><br> SYNERGY COMPANIES, EAGLE SYSTEMS INTERNATIONAL, INC., DEMAND SIDE ENVIRONMENTAL, LLC., SAL VACARRO, JUAN ORNELAS, and DOES 1 through 20, Inclusive, <br><br> Defendants. | CASE NO. C-07-02679 <br><br> (Alameda County Superior Court Case No. HG 07318073) <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Edward M. Chen conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

///

///

---

1

**CONSENT TO PROCEED BEFORE A MAGISTRATE**

1 | Appeal from the judgment shall be taken directly to the United States Court of Appeals
2 | for the Ninth Circuit.

3 | Dated: June 20, 2007

LAW OFFICE OF JEROME
SCHREIBSTEIN

By: _____
JEROME SCHREIBSTEIN

Attorneys for Defendant
EAGLE SYSTEMS INTERNATIONAL,
INC., dba SYNERGY COMPANIES
(erroneously sued herein as Synergy
Companies and Eagle Systems
International, Inc.)

GORDON & REES, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900