JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
EAGLE SYSTEMS INTERNATIONAL, INC., dba
SYNERGY COMPANIES (erroneously sued herein as
Synergy Companies and Eagle Systems International, Inc.)

DANIELLA PAYES (SBN: 224726
CHARLES SWANSTON (SBN: 181882)
B. JAMES FITZPATRICK (SBN: 129056)
FITZPATRICK, SPINI & SWANSTON
Attorneys at Law
838 S. Main Street, Suite E
Salinas, CA 93901
Telephone: (831) 755-1311
Facsimile: (831) 755-1319

Attorneys for Plaintiff
EDWARD I. RUANO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD I. RUANO,<br><br>        Petitioner,<br><br>v.<br><br>SYNERGY COMPANIES, EAGLE SYSTEMS INTERNATIONAL, INC., DEMAND SIDE ENVIRONMENTAL, LLC., SAL VACARRO, JUAN ORNELAS, and DOES 1 through 20, Inclusive,<br><br>        Defendants. | CASE NO. C07-02679 EMC<br><br>(Alameda County Superior Court Case No. HG 07318073)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON REMAND** |

## **STIPULATION**

Plaintiff EDUARD I. RUANO ("Plaintiff") and Defendant EAGLE SYSTEMS INTERNATIONAL, INC., dba SYNERGY COMPANIES (erroneously sued herein as

1

**JOINT STIPULATION AND [PROPOSED]**
**ORDER ON REMAND**                                                              Case No. C07-02679 EMC

Synergy Companies and Eagle Systems International, Inc.) (herein, "Defendant"), through their respective counsel, stipulate as follows:

1.  On March 29, 2007, Plaintiff filed his original Complaint in the Alameda County Superior Court, Case No. HG 07318073 (the "State Court"), naming as defendants, SYNERGY COMPANIES, EAGLE SYSTEMS INTERNATIONAL, INC., DEMAND SIDE ENVIRONMENTAL, LLC., SAL VACARRO, JUAN ORNELAS, and DOES 1 through 20, Inclusive (the "Action");

2.  On May 23, 2007, Defendant removed the Action on diversity grounds under 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b) based upon contentions that (a) Defendants Eagle Systems and Demand Side Environmental, LLC are Utah corporations with their principal places of business in Orem, Utah and Saint George, Utah, respectively; and (b) that individual defendants Sal Vaccaro and Juan Ornelas were (collectively, the "Individual Defendants") "sham" defendants;

3.  Based upon further research, Plaintiff (a) has determined that the legal claims as against the Individual Defendants are deficient and that these defendants will be dismissed with prejudice from the Action; and (b) alleges that he was also employed by Synergy Enterprises, Inc. ("SEI"), allegedly a California corporation.  Defendant neither admits nor denies that Plaintiff was employed by SEI;

4.  The Action should be remanded to State Court in order that (a) the Individual Defendants may be dismissed from the Action with prejudice, with no costs or fees to be imposed on either side; and (b) Plaintiff may file a First Amended adding SEI and Synergy Environmental, Inc., another entity for whom Plaintiff alleges he worked; and

5.   That each of Plaintiff and Defendant, and their respective counsel, believes the other has acted in all matters in good and diligent faith with regards to issues of pleadings and that no costs or fees should be imposed on either side and that the Action should be remanded forthwith to the State Court for further proceedings.

IT IS SO AGREED:

//

1  Dated: June 19, 2007                    FITZPATRICK, SPINI & SWANSTON

                                           By:  _____/S/_____
                                                Daniella Payes, Esq.
                                                Attorneys for Plaintiff EDUARD I.
                                                RUANO

8  Dated: June 19, 2007                    LAW OFFICE OF JEROME SCHREIBSTEIN

                                           By:  _____/S/_____
                                                JEROME SCHREIBSTEIN
                                                Attorneys for Defendant
                                                EAGLE SYSTEMS INTERNATIONAL,
                                                INC., dba SYNERGY COMPANIES
                                                (erroneously sued herein as Synergy
                                                Companies and Eagle Systems
                                                International, Inc.)

**ORDER**

GOOD CAUSE APPEARING, the above-entitled Action is hereby remanded to the Alameda County Superior Court for further proceedings consistent with the parties' above Stipulation. Neither party shall be assessed fees or costs with regards to this order of remand.

IT IS SO ORDERED.

Dated: June 26, 2007                       _____
                                           EDWARD M. CHEN
                                           Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

**GORDON & REES, LLP**
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900

3

**JOINT STIPULATION AND [PROPOSED]
ORDER ON REMAND**                                    Case No. C07-02679 EMC