**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

July 5, 2007

Alameda County Superior Court
Hayward Branch
24405 Amador Street
Hayward, CA 94544

RE: CV 07-02679 EMC    EDWARD I. RUANO-v-SYNERGY COMPANIES
    Your Case Number: (HG 07318073)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (✔)   Certified copies of docket entries

   (✔)   Certified copies of Remand Order

   (  )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                              Sincerely,

                              RICHARD W. WIEKING, Clerk

                              by: *Sheila Rash*
                              Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg